UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-CR-25 |
| | ) | Judges *Phillips-Shirley* |
| DAVID MINER, | ) | |
| Defendant. | ) | |

FILED
2011 MAR 15 P 3: 53
U.S. DISTRICT COURT
EASTERN DIST. TENN.
BY_____ DEPT. CLERK

## MOTION TO SEAL INDICTMENT

Comes now the United States of America, by its counsel, Frank M. Dale, Jr., Assistant United States Attorney for the Eastern District of Tennessee, to move that the Indictment in this matter be sealed. The defendant is not in custody. The United States seeks an arrest warrant authorizing the arrest of the defendant. In order that the defendant is not apprised in advance of his pending arrest, it is respectfully requested that the court seal the Indictment in this case until such time as the defendant is arrested and this court orders the indictment unsealed.

Respectfully submitted,

WILLIAM C. KILLIAN
United States Attorney

By: _____
Frank M. Dale, Jr.
Assistant United States Attorney