# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# CRIMINAL MINUTES - ARRAIGNMENT AND PLEA

**Case No.** 3;11-cr-25   **At** Knoxville, TN   **Date** April 27, 2011
**U.S.A.**   vs.   **David Miner**   custody [] bond [X]

**PROCEEDINGS:** Initial Appearance and Arraignment held on Indictment, doc. [3]. Defendant is sworn and advised of rights and penalties. Financial Affidavit is executed and approved. Attorney Kim A. Tollison, Federal Defender Services is appointed to represent the defendant in this case. The Government moved to unseal the case and the Court granted the motion. The Court read the indictment and asked the defendant if he understood what he was being charged with in each count and the defendant acknowledged he understood what he was being charged with. The Government acknowledged to the court that counts 2 & 3 are Class A misdeamors. The defendant did not wish to enter a plea. The Court enters a plea of not guilty for the defendant. The defendant was released on an Order Setting Conditions of Release during his initial appearance in Rule 5 proceeding in the Middle District of Florida. The Government is unopposed to the same release conditions. The Court released the defendant on a new Order Setting Conditions of Release. Order to follow.

**PRESENT: HONORABLE** C. Clifford Shirley, Jr. **United States Magistrate Judge**

| Donna Papa | FTR | Frank M. Dale, Jr. |
|---|---|---|
| **Deputy Clerk** | **Tape Number** | **Asst. US Attorney** |
| Kim A. Tollison | Katherine Layman | Amanda Latham |
| **Attorney for Defendant** | **Law Clerk** | **Probation Officer** |

**Others Present:** USM, CSO

**[X] DATES SET: Trial** June 29, 2011 @ 9:00 a.m. Before The Honorable Thomas W. Phillips, United States District Judge.
**Pretrial Conf.** June 22, 2011 @ 9:30 a.m. Before The Honorable C. Clifford Shirley, Jr., United States Magistrate Judge.
**Motion Cutoff:** May 4, 2011; **Response to Motions:** May 25, 2011;
**Discovery cutoff:** June 8, 2011 ; **Reciprocal discovery:** June 22, 2011;
**Plea Cutoff:** June 22, 2011.

[**X**] Defendant to remain on bond   [] Defendant remanded to custody of Marshal

Time: 2:00 p.m.   to   3:30 p.m.