UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 3:11-CR-25 |
| V. | ) | (PHILLIPS/ SHIRLEY) |
| | ) | |
| DAVID MINER | ) | |

ORDER APPOINTING FEDERAL DEFENDER

The Court finds after review of the defendant's Financial Affidavit and defendant's answers to the court's questions, that defendant, David Miner, does not have the funds to retain an attorney of his choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant:

       **Kim A. Tollison**
       **Federal Defender Services of Eastern Tennessee**
       **800 South Gay Street, Suite 2400**
       **Knoxville, TN 37929-9714**

       **Telephone: (865) 637-7979**
       **Fax Number: (865) 637-7999**

       ENTER:

         s/ C. Clifford Shirley, Jr.
       United States Magistrate Judge