IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CR-25 |
| ) | |
| DAVID MINER, ) | (PHILLLIPS / SHIRLEY) |
| ) | |
| Defendant. ) | |

**O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion to Continue [Doc. 12] the May 25 motion-filing deadline and all other dates set in this case. The Motion, which was filed on May 25, 2011, states that defense counsel expects to receive a disk containing discovery within a week. Counsel states that once he has this disk, he will not have to go to the IRS office to review discovery. Defendant contends that the delay caused by placing the discovery on a disc is reasonable but requires that the motion-filing deadline and all other dates be reset.

The Court finds that the Defendant has shown good cause for an extension, his motion [**Doc. 12**] is **GRANTED in part**,[1] and the motion-filing deadline is extended to **June 20, 2011**. A reciprocal extension of the response deadline would have any responses being filed after the pretrial

---

[1] The Defendant's request to continue the June 29, 2011 trial date along with the other dates in this case is left pending until the pretrial conferenceon June 22, 2011, at 9:30 a.m.

1

conference on **June 22, 2011, at 9:30 a.m.** Accordingly, the Court will set a new response deadline and take up the request to continue the trial at the pretrial conference.

**IT IS SO ORDERED.**

ENTER:

<u>   s/ C. Clifford Shirley, Jr.   </u>
United States Magistrate Judge