# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - GENERAL

Case No. **3:11-cr-25**          At **Knoxville, TN**     Date **June 22, 2011**

U.S.A. vs. **David Miner**

---

**PRESENT: HONORABLE C. Clifford Shirley, Jr. United States Magistrate Judge**

| Donna Papa | Jolene Owen | Frank M. Dale, Jr. |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

Kim A. Tollison                                               Katherine Layman
**Attorney for Defendant**                          **Law Clerk**

Others present: **USM, CSO**

**PROCEEDINGS:** Parties presented before the court on defendant's motion to continue, docs. [12] and [14]. The defendant participated via phone conference. Defendant's attorney requested additional time for reason's stated on the record and in open court. The parties agreed on a new **trial date of November 8, 2011.** The defendant is advised of his speedy trial rights and the defendant agrees to the continuance of the trial. The court finds and the parties agree that all the time between now and the new trial date is fully excludable for speedy trial purposes. Attorney Tollison requested a **motion cut-off for August 1, 2011.** The court granted the motion. The government will have until **August 19, 2011 to file responses.** The court set a **Motion Hearing/ Pretrial Conference for August 29, 2011 at 10:00 a.m.** The defendant has no objections to the new dates and understands today's procedures. The government requested a new **plea cut-off date for October 18, 2011.** Order to follow. The defendant requested permission to attend a wedding in New York in July. The court advises the defendant to contact his probation officer and to follow the procedures required by the court.

**Time** 9:30 a.m.       to       10:00 a.m.