IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-CR-25 |
| ) | PHILLIPS/SHIRLEY |
| DAVID MINER ) | |

## **MOTION TO CONTINUE**

      Comes the defendant, David Miner, and moves this Honorable Court for an Order continuing the motion cut-off deadline in this case. The current deadline is August 1, 2011. Due to a large amount of discovery counsel has not been able to finish the motions in this case. Counsel would request a continuance of this deadline until August 8, 2011. This should not interfere with the pre-trial conference scheduled for August 29, 2011. The government has no objection to this continuance.

      Respectfully submitted this the 1st day of August, 2011.

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.

By: s/Kim A. Tollison
Kim A. Tollison
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
BOPR No. 1756

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on August 1, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

      s/Kim A. Tollison
      Kim A. Tollison