UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:11-CR-25 (PHILLIPS/SHIRLEY) |
| DAVID MINER, | ) ) | |
| Defendant. | ) | |

## ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on Defendant Miner's Motion to Continue [Doc. 18], which was filed on August 1, 2011. Defense counsel requests that the August 1, 2011 motion-filing deadline be extended to August 8, 2011, in order to allow counsel time to complete his review of the extensive discovery produced in this case. Defense counsel represents that the Government does not object to the requested continuance of the motion-filing deadline.

Finding the Defendant has shown good cause for an extension, the Court hereby **GRANTS** the motion [**Doc. 18**] and extends the deadline for filing motions to **August 8, 2011**. The Government has until **August 22, 2011**, to file its responses to any motions filed by the Defendants. All other dates in the case, including the pretrial conference set for **August 29, 2011, at 10:00 a.m.**, shall remain the same.

**IT IS SO ORDERED.**

ENTER:

    s/ C. Clifford Shirley, Jr.
United States Magistrate Judge