IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:11-CR-25 |
| ) | PHILLIPS/SHIRLEY |
| DAVID MINER ) | |

## MOTION TO DISMISS COUNTS TWO AND THREE

Comes the defendant, David Miner, and moves this Honorable Court for an Order dismissing Counts Two and Three of the first indictment presented in Court. These counts both attempt to charge a violation of 26 U.S.C. § 7203, a failure to file a tax return. This statute is simply a punishment statute and does not define the offense of failing to file a tax return. These two counts violate the Fifth and Sixth Amendment to the United States Constitution and must be dismissed as they are simply not sufficient to comply with the Constitution.

Respectfully submitted this the 8th day of August, 2011.

FEDERAL DEFENDER SERVICES OF
EASTERN TENNESSEE, INC.


By: s/Kim A. Tollison
Kim A. Tollison
Asst. Federal Community Defender
800 S. Gay Street, Suite 2400
Knoxville, TN 37929
(865) 637-7979
BOPR No. 1756
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

                                                s/Kim A. Tollison
                                                Kim A. Tollison