IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:11-CR-25 |
| | ) | (PHILLIPS/SHIRLEY) |
| DAVID MINER, | ) | |
| Defendant. | ) | |

# **O R D E R**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Government's Agreed Motion for Extension of Time [Doc. 24], filed August 22, 2011. The Government asks for a one-week extension of the August 22, 2011 response deadline to August 29, 2011. In support of this request, the Government contends that counsel received the Defendant's Motion to Dismiss Counts Two and Three [Doc. 20], and Motion to Dismiss for Violation of the Fifth Amendment Due Process Clause [Doc. 22], when he was out of the office on a family vacation. Counsels contends that he requires additional time to review the motions and prepare an appropriate response. The motion states that the Defendant does not oppose this request.

The Court finds that the request to extend the motion deadline is unopposed and well-taken. The Agreed Motion for Extension of Time [**Doc. 24**] is **GRANTED**, and the response deadline for the Government is extended to **August 29, 2011**. Because the response deadline now falls on the

1

date of the motion hearing in this case, the motion hearing is reset to **September 2, 2011, at 9:30 p.m.** All other dates and deadlines in the case shall remain the same at this time.

    **IT IS SO ORDERED.**

                                              ENTER:

                                                    s/ C. Clifford Shirley, Jr.
                                                    United States Magistrate Judge