# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>DAVID MINER<br>_Defendant_ | )<br>)<br>) Case No. 3:11-CR-25<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ DAVID MINER,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Did corruptly endeavor to obstruct or impede the due administration of the internal revenue laws, with the intent to secure an unlawful advantage or benefit for himself or others, in violation of 26 U.S.C. § 7212; and did willfully fail, on or about April 15, 2005 and April 17, 2006, in the Eastern District of Tennessee and elsewhere, to make an income tax return, in violation of 26 U.S.C § 7203.

Date: 3/21/11

_Issuing officer's signature_

City and state: Knoxville, TN

Rachel Stone, courtroom Deputy
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 3/21/11, and the person was arrested on _(date)_ 3/22/11
at _(city and state)_ M/FL

Date: 9-2-11

_For M/FL_
_Arresting officer's signature_

CHARLES PITTMAN
_Printed name and title_

FID# [illegible]    [illegible]