## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

## CRIMINAL MINUTES - GENERAL

Case No. **3:11-cr-25**     At **Knoxville, TN**     Date **September 2, 2011**

**U.S.A. vs. David Miner**

**PRESENT: HONORABLE C. Clifford Shirley, Jr. United States Magistrate Judge**

| Donna Papa | Jolene Owen | Frank M. Dale, Jr. |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Kim A. Tollison | | Wells Trompeter |
|---|---|---|
| **Attorney for Defendant** | | **Law Clerk** |

**Others present: CSO, USM**

**PROCEEDINGS:** The parties presented before the court for a scheduled motion hearing on pending motions, doc. [20] motion to dismiss Counts Two and Three and doc. [22] motion to dismiss for violation of the fifth amendment due process clause. Prior to opening court the U.S. Marshal returned the executed warrant for the defendant. The court allowed the defendant to participate by phone. The court heard argument from the parties. The court will take under advisement and issue a ruling.

**Time** 9:40 a.m.     **to**     11:00 a.m.