**CRIMINAL CASE COVER SHEET**         **U.S. ATTORNEY'S OFFICE**

**Place of Offense (City & County):**   Gatlinburg, Sevier

**Defendant Information:**

**Juvenile**  ___ Yes  _X_ No     **Matter to be Sealed:**  ___ Yes  _X_ No

**Defendant Name:**   DAVID MINER

**Total # of Counts:** ___ Petty  _2_ Misdemeanor (Class _A_ )  _1_ Felony

| | **SUPERSEDING INDICTMENT** U.S.C. Citation(s) and Description of Offense Charged | New count? Y or N | New Count # | Old Count # (if applicable) |
|---|---|---|---|---|
| Set 1 | Did corruptly endeavor to obstruct or impede the due administration of the internal revenue laws, with the intent to secure an unlawful advantage or benefit for himself or others, in violation of 26 U.S.C. § 7212. | N | | 1 |
| Set 2 | Did willfully fail, on or about April 15, 2005 and April17, 2006, in the Eastern District of Tennessee and elsewhere, to make an income tax return, in violation of 26 U.S.C § 7203. | N | | 2, and 3 |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set):  November 8, 2011   before Judge   Phillips

Criminal Complaint Filed:  Yes ___   Case No. _____   No _X_

For Informations, name of defendant's attorney: _____

Retained: _____     Appointed: _____

Interpreter:  Yes ___   Language _____   No _____

Related Case(s)–Include case number(s) and how related: _____

Date:  September 20, 2011   Signature of AUSA:  s/Frank M. Dale, Jr.