IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-25 |
| | ) | PHILLIPS/SHIRLEY |
| DAVID MINER | ) | |

## MOTION TO DISMISS COUNTS TWO AND THREE

    Comes the defendant, David Miner, and moves this Honorable Court for an Order dismissing Counts Two and Three of the Superseding Indictment. These counts both attempt to charge a violation of 26 U.S.C. § 7203, a failure to file a tax return. This statute is simply a punishment statute and does not define the offense of failing to file a tax return. These two counts violate the Fifth and Sixth Amendment to the United States Constitution and must be dismissed as they are simply not sufficient to comply with the Constitution.

    Respectfully submitted this the 31st day of October, 2011.

                                                FEDERAL DEFENDER SERVICES OF
                                                EASTERN TENNESSEE, INC.

                           By:    s/Kim A. Tollison
                                   Kim A. Tollison
                                   Asst. Federal Community Defender
                                   800 S. Gay Street, Suite 2400
                                   Knoxville, TN 37929
                                   (865) 637-7979
                                   BOPR No. 1756
                                   COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

                                                          s/Kim A. Tollison
                                                          Kim A. Tollison