IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:11-CR-25 |
| | ) | PHILLIPS/SHIRLEY |
| DAVID MINER | ) | |

**MOTION TO DISMISS COUNTS TWO AND THREE BECAUSE DEFENDANT IS NOT A "PERSON" AS DEFINED IN THE STATUTE**

Comes the defendant, David Miner, and moves this Honorable Court for an Order dismissing Counts two and three of the Superseding Indictment in this case because Mr. Miner is not a "person" as defined in 26 U.S.C. § 7203. If Mr. Miner is not a "person" under the definition of that statute, then the statute can not apply to him and must be dismissed.

Respectfully submitted this the 31st day of October, 2011.

                                        FEDERAL DEFENDER SERVICES OF
                                        EASTERN TENNESSEE, INC.

By:   s/Kim A. Tollison
        Kim A. Tollison
        Asst. Federal Community Defender
        800 S. Gay Street, Suite 2400
        Knoxville, TN 37929
        (865) 637-7979
        BOPR No. 1756
        COUNSEL FOR DEFENDANT

CERTIFICATE OF SERVICE

      I hereby certify that on October 31, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the court's electronic filing system.

                                             s/Kim A. Tollison
                                             Kim A. Tollison