UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:11-cr-25 |
| | ) | (Phillips) |
| DAVID MINER | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

This action is before the Court on the Motion for Admission *Pro Hac Vice* [Doc. 64]. Lowell H. Becraft, Jr., counsel for the Defendant, moves the Court for admission to appear in this action *pro hac vice*. It appears to the Court that Counselor Becraft has met the requirements of E.D. Tenn. L.R. 83.5(b)(2), and for good cause shown, it is hereby ordered that the motion [Doc. 64] is **GRANTED** and that Lowell H. Becraft, Jr be admitted to practice before this Court for the pendency of this matter.

**IT IS SO ORDERED.**

                                                                            **ENTER:**

                                                                  s/ Thomas W. Phillips

                                                    United States District Judge