# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | NO. 3:11-CR-25 |
| | ) | Phillips/Shirley |
| | ) | |
| DAVID MINER | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Laura E. Davis, on behalf of herself and the Federal Defender Services of Eastern Tennessee, Inc. (FDSET), court-appointed counsel for Mr. Miner, respectfully requests this Honorable Court to remove her from Mr. Miner's case. Lowell H. Becraft, Jr., has been retained and this Court has admitted him to local practice *pro hac vice* for the purposes of representing Mr. Miner.

Respectfully submitted this 26th day of November, 2012.

FEDERAL DEFENDER SERVICES
OF EASTERN TENNESSEE, INC.

s/ Laura E. Davis
Laura E. Davis, No. 28638
800 S. Gay Street, Suite 2400
Knoxville, TN  37929
(865) 637-7979

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2012, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              s/ Laura E. Davis
                                              Laura E. Davis

2

Case 3:11-cr-00025   Document 68   Filed 11/26/12   Page 2 of 2   PageID #: 375