IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　v.　　　　　　　　　　　　　　　　　　　　)　　　Case No. 3:11-CR-25
　　　　　　　　　　　　　　　　　　　　　　)　　　(Phillips/Shirley)
DAVID MINER,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendant.　　　　　　　　　)

## NOTICE OF NO OBJECTION TO MOTION TO SUBSTITUTE COUNSEL

The United States of America, by and through the United States Attorney for the Eastern

District of Tennessee, hereby files this response to the defendant's Motion to Substitute Counsel

(Doc. 68).  The Government states that it has no objection to removing Laura Davis as Mr.

Miner's court-appointed counsel and appointing Lowell H. Becraft, Jr. as counsel for the

defendant.

Respectfully submitted this 26th day of November, 2012.

WILLIAM C. KILLIAN
United States Attorney

By　s/ Frank M. Dale, Jr.　　　　　
FRANK M. DALE, JR.
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, TN  37902
(865) 545-4167
Frank.Dale@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. A copy has also been mailed via regular U.S. mail to:

Lowell H. Becraft, Jr.
ASB 5005-F66L
403-C Andrew Jackson Way
Huntsville, AL 35801

s/ Frank M. Dale, Jr.
Frank M. Dale, Jr.
Assistant United States Attorney