UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CRIMINAL MINUTES - JURY TRIAL

Case No. 3:11-cr-25     At Knoxville     Date March 22, 2013

USA V. DAVID MINER

PROCEEDINGS: JURY TRIAL / Day 4 – Gov't proof continued.

PRESENT: HONORABLE THOMAS W. PHILLIPS, United States District Judge

Frank M Dale, Jr
Susanne Lee (IRS Agent)
Counsel for Government

Lowell H Becraft, Jr
Counsel for defendant

Angela Archer
Courtroom Deputy

Jolene Owen
Court Reporter

14
Jurors seated/present

[X] Witnesses sworn
[X] Introduction of evidence for govt [] begun  [X] resumed  [] concluded
[] Introduction of evidence for dft [] begun [] resumed [] concluded
[] Rebuttal evidence          [] Surrebuttal evidence
[] Closing arguments
[X] Jury respited to continue trial on March 25, 2013 at 9:00
[] Jury retired to deliberate at; Jury returned at .
[] JURY VERDICT          [] FINDING BY COURT
*(see signed verdict form and docket entry)*
[] Jury polled          [] Polling waived     [] Mistrial declared

Time  9:00  to  10:20
     10:35  to  11:50
     12:50  to  2:55
      3:10  to  4:30