UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CRIMINAL MINUTES - JURY TRIAL

Case No. <u>3:11-cr-25</u>  At <u>Knoxville</u>  Date <u>March 26, 2013</u>

USA V. DAVID MINER

**PROCEEDINGS:** <u>**JURY TRIAL / Day 6**</u> – Preliminary matters are heard outside the presence of the jury. Defense proof continues and rests. Defendant renews its Rule 29 motion for judgment of acquittal, denied. Closing arguments. Alternate jurors excused.

**PRESENT:  HONORABLE  THOMAS W. PHILLIPS, United States District Judge**

<u>Frank M Dale , Jr</u>                                                <u>Lowell H Becraft , Jr</u>
Susanne Lee (IRS Agent)                              **Counsel for defendant**
**Counsel for Government**


<u>Angela Archer</u>                                              <u>Jolene Owen</u>
**Courtroom Deputy**                                      **Court Reporter**


                                    **14**
                        **Jurors seated/present**


[] Witnesses sworn
[] Introduction of evidence for govt [] begun  [] resumed  [] concluded
[X] Introduction of evidence for dft [] begun [X] resumed [X] concluded
[]  Rebuttal evidence                          [] Surrebuttal evidence
[X] Closing arguments
[X]  Jury respited to continue deliberations on March 28, 2013 at 9:00.
[X]  Jury retired to deliberate at 3:00 ; Jury returned at .
[] JURY VERDICT            [] FINDING BY COURT
*(see signed verdict form and docket entry)*
[] Jury polled          [] Polling waived      [] Mistrial declared

**Time   9:00    to    10:10**
       **10:20   to    11:40**
       **12:45   to    3:00**
       **5:15    to    5:25**