# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

# CRIMINAL MINUTES - JURY TRIAL

Case No. **3:11-cr-25**　　　　　At **Knoxville**　　　　　Date **March 26, 2013**

**USA V. DAVID MINER**

**PROCEEDINGS: JURY TRIAL / Day 7** – Jury deliberations continued. Jury returned a verdict of guilty as to Counts 1, 2 and 3. The jury is excused. Court addresses a clerical error on the verdict form. Government moves for detention pending sentencing and the court hears testimony of the defendant to oppose detention. Court orders the defendant taken into custody.

**Sentencing date set for May 29, 2013 at 10:30 a.m.**

---

**PRESENT: HONORABLE THOMAS W. PHILLIPS, United States District Judge**

| | |
|---|---|
| **Frank M Dale , Jr** | **Lowell H Becraft , Jr** |
| Susanne Lee (IRS Agent) | Counsel for defendant |
| Counsel for Government | |
| | |
| **Angela Archer** | **Jolene Owen** |
| Courtroom Deputy | Court Reporter |

                                14
                        Jurors seated/present

[] Witnesses sworn
[] Introduction of evidence for govt [] begun [] resumed [] concluded
[] Introduction of evidence for dft [] begun [] resumed [] concluded
[] Rebuttal evidence　　　　　　　　[] Surrebuttal evidence
[] Closing arguments
[] Jury respited to continue deliberations on March 28, 2013 at 9:00.
[X] Jury retired to continue to deliberate at 9:00 ; Jury returned at 12:00.
[X] JURY VERDICT of guilty as to Counts 1, 2 and 3　　　　[] FINDING BY COURT
*(see signed verdict form and docket entry)*
[X] Jury polled　　　　　[] Polling waived　　　　[] Mistrial declared

Time　9:00　to　9:10
　　　12:00　to　12:30