# UNITED STATES DISTRICT COURT

EASTERN     DISTRICT OF     TENNESSEE

UNITED STATES OF AMERICA

V.

DAVID MINER

**EXHIBIT AND WITNESS LIST**

Case Number: 3:11-cr-25

| PRESIDING JUDGE THOMAS W. PHILLIPS | PLAINTIFF'S ATTORNEY FRANK M DALE, JR, USA | DEFENDANT'S ATTORNEY LOWELL H BECRAFT, JR |
|---|---|---|
| HEARING DATE MARCH 19, 2013 - March 28, 2013 | COURT REPORTER JOLENE OWEN | COURTROOM DEPUTY A. ARCHER |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W | | 3/19/13 | | | Robert Summers, IRS Special Agent |
| UC-1 | | 3/19/13 | X | X | UC - Miner Correspondence |
| UC-1a | | 3/19/13 | X | X | UCA Initial Contact thru Website 8-23-06 |
| UC-1b | | 3/19/13 | X | X | UCA Email to Miner 8-28-06 |
| UC-1c | | 3/19/13 | X | X | Miner Email Response with Program Description & Info Sheet 8-28-06 |
| UC-1d | | 3/19/13 | X | X | MOA for Recorded Conversation 10-02-06 |
| UC-2a | | 3/19/13 | X | X | Original UCA - Miner Recorded Conversation 10-02-06 cassette tape |
| UC-1e | | 3/19/13 | X | X | Miner Email with Program Description & Info Sheet 10-02-06 |
| UC-1f | | 3/19/13 | X | X | UCA Info Sheet & Payments to Miner 11-29-06 |
| PP-2c | | 3/19/13 | X | X | PayPal Transaction; UC $800 to Miner via PayPal 12-01-06 |
| UC-1g | | 3/19/13 | X | X | Miner Email with 1st FOIA 12-06-06 |
| UC-1h | | 3/19/13 | X | X | 1-26-07 Forward Purported IRS Response Dated 1-17-07 |
| UC-1i | | 3/19/13 | X | X | Miner Email with Default Letter 1-29-07 |
| UC-1j | | 3/19/13 | X | X | 3-08-07 Forward Purported IRS Response Dated 2-16-07 |
| UC-1k | | 3/19/13 | X | X | 3-16-07 Forward Purported IMF Response Dated 3-12-07 |
| UC-1l | | 3/19/13 | X | X | 3-19-07 Certified Mail Receipt IMF to Miner |
| UC-1n | | 3/19/13 | X | X | 5-22-07 Email from Miner re status and new address last contact |
| WF-2g | | 3/19/13 | X | X | UCA Check #2020 for $1,000 on 11-29-06 |
| W | | 3/19/13 | | | Robin Campbell |
| ST-1a | | 3/19/13 | X | X | Campbell check #1410 for $1200 on 12-13-04 |
| SW-6a | | 3/19/13 | X | X | Campbell Fax to Miner 10-28-05 |

Page 1 of 7