UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. ) No. 3:11-cr-25
) (Phillips)
DAVID MINER )
)
    Defendant. )

## VERDICT FORM

We, the members of the jury, find unanimously and from all the evidence as follows:

1. As to Count One of the Superseding Indictment charging the Defendant with a Corrupt Endeavor to Obstruct or Impede Due Administration of Internal Revenue Laws, in violation of 26 U.S.C. § 7212(a), we find the Defendant, David Miner,

    _____ NOT GUILTY

    \_\_X\_\_\_ GUILTY

[Please Continue To Question 2]

2. As to Count Two of the Superseding Indictment charging the Defendant with Failure to File a Tax Return on or before Friday, April 15, 2005, in violation of 26 U.S.C. § 7203, we find the Defendant, David Miner,

> _____ NOT GUILTY
>
> \_\_X\_\_ GUILTY

[Please Continue To Question 3]

3. As to Count Three of the Superseding Indictment charging the Defendant with Failure to File a Tax Return on or before Friday, April 17, 2006, in violation of 26 U.S.C. § 7203, we find the Defendant, David Miner,

    _____ NOT GUILTY

    __X__ GUILTY

[Please have your foreperson sign the Verdict Form and notify the Court Security Officer that the Jury has reached a unanimous verdict.]

**SIGNATURE REDACTED**
Foreperson

3/28/2013
Date