IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00025 |
| | ) | Judge Phillips/Shirley |
| DAVID MINER, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT MINER'S MOTION FOR
## COURT APPOINTED COUNSEL FOR APPEAL

Comes now Defendant David Miner, through his undersigned counsel, and informs this Honorable Court that he wishes to appeal his convictions herein and requests appointment of counsel for such purpose, such defendant meeting the requirements for appointed counsel.

Respectfully submitted this the 28th day of May, 2013.

                                                  /s/ *Lowell H. Becraft, Jr.*
                                                Lowell H. Becraft, Jr.
                                                ASB 5005-F66L
                                                Attorney for Defendant Miner
                                                403-C Andrew Jackson Way
                                                Huntsville, AL 35801
                                                256-533-2535
                                                becraft@hiwaay.net

1

CERTIFICATE OF SERVICE

      I hereby certify that on May 28, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who access this filing through the Court's electronic filing system, including:

Frank M. Dale, Jr., AUSA
Office of U. S. Attorney
800 Market Street, Suite 211
Knoxville, TN 37902

                                          /s/ *Lowell H. Becraft, Jr.*
                                          Lowell H. Becraft, Jr.