UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

U.S.A. vs. DAVID MINER                              **Date**: May 29, 2013

Case No. 3:11-cr-25                                 At: Knoxville

**PROCEEDINGS:** Sentencing Hearing – Defendant sworn. Court pronounces judgment. Court addresses defendant's motion to appoint counsel for appeal purposes.

**Present:** HONORABLE THOMAS W. PHILLIPS, UNITED STATES DISTRICT JUDGE

| Angela Archer | Netta Kocuba | Frank M Dale, Jr |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Assistant US Atty** |

| Lowell H Becraft, Jr | | Adrienne Simpson-Brown |
|---|---|---|
| **Attorney(s) for Deft** | | **Probation Officer** |

**Others present:** CSO, USM, Agent
[X] Defendant is sworn
[X] Defendant is given opportunity to speak and [X] speaks; [] declines to speak
[] Govt moves for downward departure [] granted [] denied
[] Dft moves for downward variance [] granted [] denied
[] Govt moves for third point reduction for acceptance of responsibility [] granted [] denied

[X] **COURT PRONOUNCES JUDGMENT:** The defendant is sentenced to 18 months, this term consists of 18 months as to Count 1 and 12 months as to each of Counts 2 and 3 to be served concurrently followed by 1 year of supervised release.

[X] **Restitution:** $ 36,205.10

[X] **Special Assessment:** $150.00

[X] Defendant remanded to custody         [] Released on probation conditions
[] Defendant to self-report as notified by the U.S. Marshal


**Time 10:40 to 11:15**