IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 3:11-cr-00025 |
| ) | Judge Phillips/Shirley |
| DAVID MINER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR WAIVER OF FEE**

Comes now the Defendant David Miner, through his undersigned counsel, and respectfully moves this Honorable Court for an order waiving the filing fee of $455 for filing an appeal herein, the Defendant Miner being desirous of pursuing an appeal of his convictions herein. Miner asserts that he is financially unable to pay such fee.

Respectfully submitted this the 5th day of June, 2013.

　　　　　　　　　　　　　　　　　　/s/ *Lowell H. Becraft, Jr.*
　　　　　　　　　　　　　　　　　　Lowell H. Becraft, Jr.
　　　　　　　　　　　　　　　　　　ASB 5005-F66L
　　　　　　　　　　　　　　　　　　Attorney for Defendant Miner
　　　　　　　　　　　　　　　　　　403-C Andrew Jackson Way
　　　　　　　　　　　　　　　　　　Huntsville, AL 35801
　　　　　　　　　　　　　　　　　　256-533-2535
　　　　　　　　　　　　　　　　　　becraft@hiwaay.net

1

CERTIFICATE OF SERVICE

  I hereby certify that on June 5, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who access this filing through the Court's electronic filing system, including:

 Frank M. Dale, Jr., AUSA
 Office of U. S. Attorney
 800 Market Street, Suite 211
 Knoxville, TN 37902

            /s/ *Lowell H. Becraft, Jr.*
            Lowell H. Becraft, Jr.

2

Case 3:11-cr-00025   Document 100   Filed 06/05/13   Page 2 of 2   PageID #: 537