IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00025 |
| | ) | Judge Phillips/Shirley |
| DAVID MINER, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, David Miner, hereby appeals to the United States Court of Appeals for the Sixth Circuit from that final judgment of conviction entered herein on May 31, 2013 (Doc. 100).

Respectfully submitted this the 11th day of June, 2013.

    /s/ *Lowell H. Becraft, Jr.*
Lowell H. Becraft, Jr.
ASB 5005-F66L
Attorney for Defendant Miner
403-C Andrew Jackson Way
Huntsville, AL 35801
256-533-2535
becraft@hiwaay.net

1

CERTIFICATE OF SERVICE

   I hereby certify that on June 11, 2013, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt, who access this filing through the Court's electronic filing system, including:

  Frank M. Dale, Jr., AUSA
  Office of U. S. Attorney
  800 Market Street, Suite 211
  Knoxville, TN 37902

                /s/ *Lowell H. Becraft, Jr.*
                Lowell H. Becraft, Jr.

2

Case 3:11-cr-00025   Document 101   Filed 06/11/13   Page 2 of 2   PageID #: 539