Case No. 13-5790

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DAVID MINER

    Defendant - Appellant

Upon consideration of the motion of Lowell H. Becraft, Jr., to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**. The court will appoint new counsel to represent the appellant under the Criminal Justice Act.

                                    **ENTERED PURSUANT TO RULE 45(a),**
                                    **RULES OF THE SIXTH CIRCUIT**
                                    Deborah S. Hunt, Clerk

Issued: June 26, 2013

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 26, 2013

Mr. Lowell H. Becraft Jr.
403-C Andrew Jackson Way
Huntsville, AL 35801

Mr. Frank McRoy Dale Jr.
U.S. Attorney's Office
800 Market Street
Suite 211
Knoxville, TN 37902

        Re: Case No. 13-5790, *USA v. David Miner*
            Originating Case No. : 3:11-cr-00025-1

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                      Sincerely yours,

                      s/Michelle M. Davis
                      Case Manager
                      Direct Dial No. 513-564-7025

cc: Ms. Debra Poplin

Enclosure